Rev. 10/31/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date __8-27-14__   Judge __Nannette A. Baker__   Case No. __14cr246__

UNITED STATES OF AMERICA v. __Thomas Anderson__

Court Reporter __FTR Gold__   Deputy Clerk __Cabranis__

Assistant United States Attorney(s) __John Davis__

Attorney(s) for Defendant(s): __Adam Fein__

Interpreter _____   ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance            ☐ Detention Hearing                     ☐ Preliminary Revocation
☑ Arraignment                   ☐ Bond Review                           ☐ Probation
☐ Preliminary Examination       ☐ Bond Execution/Appearance Bond        ☐ Supervised Release
☐ Motion Hearing                ☐ In Court Hrg (**WAIVER OF MOTIONS**)  ☐ Competency
☐ Evidentiary Hearing           ☐ Change of Plea/Sentencing             ☐ Pretrial/Status Conference
☐ Oral Argument/Non Evidentiary Hearing  ☐ Rule 5(c)(3)Removal (Identity)  ☐ Material Witness

Additional Information: _____

_____

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

Bail/Bond set in the amount of: $_____   ☐ Secured Appearance Bond  ☐ Secured by 10%

☐ Secured by cash only   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

Government filed motion for pretrial detention. Detention hearing scheduled for _____ before _____

Preliminary examination set for _____ before _____

☑ Defendant arraigned   ☑ Waives reading of indictment/information   ☐ Matter taken under advisement

☑ Plea entered _not guilty_   Order on pretrial motions: ☑ issued  ☐ to issue

☐ Oral Motion for Suppression   ☑ ~~Written~~ oral Motion for Extension of Time to File Pretrial Motions GR.

Defendant waives _____   ☐ order to issue   ☐ oral ruling

Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions   ☐ No R&R will be forthcoming

Trial date/time _____   Before _____

☑ Remanded to custody   ☐ Released on bond

Next hearing date/time _____   Type of hearing _____   Before _____

Proceeding commenced __9:30__   Proceeding concluded __9:35__   Continued to _____

Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.