UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No.  **4:14 CR 246 AGF (NAB)** |
| THOMAS GREGORY ANDERSON, JR. et al, | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S MOTION FOR PRETRIAL DETERMINATION OF
ADMISSIBILITY OF ARGUABLY SUPPRESSIBLE EVIDENCE AND
DISCLOSURE OF ARGUABLY SUPPRESSIBLE EVIDENCE
PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12(b)(4)**

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and John T Davis, Assistant United States Attorney for said District, and makes the following disclosures pursuant to Federal Rule of Criminal Procedure 12(b)(4):

At trial, the Government intends to use the evidence seized and statements made by the defendants during the events described below. This evidence and these statements are more fully set forth in investigative reports and computer discs which, if not provided previously, will be made available to defendants.

The Government has listed all of the defendants that it believes could possibly argue standing to contest each matter, although the Government is in no way conceding that these individuals, in fact, have standing on these events.   Furthermore, the fact that certain defendants are listed as associated with each event would not preclude any other defendant from claiming standing.

1

In connection with this filing, the Government moves for pretrial determination of admissibility of arguably suppressible evidence.[1]

The Government has not included in its listing of events the various surveillance that occurred during the course of the investigation, nor the obtaining of "booking" information. It is the Government's position that these events are not subject to suppression.

| DATE | EVENT/ITEM | DEFENDANT(S) | WITNESS |
|---|---|---|---|
| Oct. 26, 2012 | Pen Register (314) 306-3627 | Brian Hounsom Brian Lord | DEA SA Brandon Moles |
| June 19, 2013 | Pen Register (925) 337-3695 | Thomas Anderson Travis Champ | DEA SA Brandon Moles |
| Aug. 16, 2013 | Pen Register (573) 424-4464 | Brian Lord | DEA SA Brandon Moles |
| Aug. 16, 2013 | PLI Order (530) 949-3872 | Thomas Anderson Bryan Brandt | DEA SA Brandon Moles |
| April 6, 2012 | PLI Order (573) 424-4464 | Brian Lord | DEA SA Brandon Moles |
| Nov. 13, 2012 | Search warrant: 4749 East Concord Road St. Louis, MO | Thomas Anderson | DEA SA Brandon Moles |
| Nov. 13, 2012 | Search warrant: 67 Blackthorn Dr. St. Louis, MO | Brian Hounsom | DEA SA Brandon Moles |
| March 7, 2013 | Search warrant: 652 Emerson Dr. St. Louis, MO | David Dodge | DEA SA Brandon Moles |
| June 27, 2012 | Title III wiretap (573) 424-4464 | Brian Lord, Thomas Anderson David Dodge & | DEA SA Brandon Moles |

---

[1]The listing of a potential witness or witnesses is not meant to be all-inclusive. As the date set for hearings approaches, the Government may add, substitute or delete witnesses for various reasons.

| DATE | EVENT/ITEM | DEFENDANT(S) | WITNESS |
|------|------------|--------------|---------|
| | | Brian Hounsom | |
| June 28, 2012 | Title III wiretap (573) 424-4464 (Amended application & order) | Brian Lord, Thomas Anderson David Dodge & Brian Hounsom | DEA SA Brandon Moles |
| July 13, 2012 | Title III wiretap (573) 424-4464 (Continuance application & order) | Brian Lord, Thomas Anderson David Dodge & Brian Hounsom | DEA SA Brandon Moles |
| Sept. 28, 2012 | Title III wiretap (314) 960-5433 | Thomas Anderson Brian Hounsom Nicholas Johnston & Brian Lord | DEA SA Brandon Moles |
| Oct. 26, 2013 | Non-custodial statements and seizures of aircraft & $946,900.00. | Travis Champ | DEA SA Carl Rideout Boston, MA |
| Nov. 6, 2013 | Search Warrant: 1966 Tarmac Road Redding, CA | Joseph Natale | DEA SA Dennis Hale Sacramento, CA |
| Nov. 8, 2013 | Non-custodial statements | Travis Champ | DEA SA Brandon Moles |
| July 16, 2012 | Non-custodial statements & seizure of $35,490.00 at Lambert Airport | Brian Lord | DEA SA Arnie Baratti |
| June 18, 2014 | Consenually recorded telephone conversations | Brian Lord Thomas Anderson David Dodge | DEA SA Brandon Moles |

As additional evidence is found, and as supplemental information comes to the government's attention, the government may choose not to use some evidence described, or to use evidence additional to that listed in these reports. If the government chooses to use additional evidence, a supplemental Rule 12(b)(4) notice, and/or a Notice of Intent to Seek the Admission of Evidence Pursuant to Federal Rule of Criminal Procedure 404(b) will be filed.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

  /s/ John T Davis
John T Davis #40915MO
Assistant United States Attorney
111 S. Tenth Street, Room 20.333
St. Louis, MO 63102

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*s/ John T Davis*
JOHN T DAVIS