UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:14-cr-246 AGF (NAB) |
| | ) |
| THOMAS GREGORY ANDERSON, JR., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION TO WITHDRAW

COME NOW N. Scott Rosenblum, Adam D. Fein and Marc M. Johnson, retained counsel for Defendant, and hereby request this Court grant this motion to withdraw as counsel for Defendant. In support of this motion, counsel state as follows:

1. Counsel herein were retained by Defendant in the above styled cause.

2. Counsel have been informed by Defendant that he wished to retain alternate counsel, namely Arthur and William Margulis.

3. William and Arthur Margulis have in fact been retained by Defendant and entered their appearances with this Court earlier today.

WHEREFORE, counsel respectfully request this Honorable Court grant this motion to withdraw as counsel for Defendant.

1

        Respectfully submitted,

        ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:    /S/ Marc Johnson
       MARC JOHNSON, #58065 MO
       Attorney for Defendant
       120 S. Central Avenue, Suite 130
       Clayton, Missouri 63105
       (314) 862-4332/Facsimile 862-8050

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 14, 2015, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John T. Davis, Assistant United States Attorney.