UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 4:14CR246 AGF/NAB |
| v. | ) | |
| | ) | |
| THOMAS ANDERSON, JR., | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE CONFLICTS HEARING**

Defendant Thomas Anderson, Jr. ("Anderson"), by and through his undersigned counsel, respectfully moves this Court to continue the Conflicts Hearing scheduled for Thursday, April 2, 2015 at 1:30 p.m. (Doc. 304) to a date on or after April 8, 2015.

In support of this motion, Anderson states as follows:

1. Anderson is charged in a two-count indictment pending before this Court. *See* Indictment (Doc. 2).

2. On March 27, 2015, this Court scheduled a conflicts hearing for Thursday, April 2, 2015 at 1:30 p.m. based on a motion filed under seal by the Government. *See* Government's Motion (Doc. 303) and Court Order Setting Hearing (Doc. 304).

3. Anderson intends to file a motion to dismiss that relates to the subject matter reflected in the Government's sealed motion. For purposes of judicial economy, Anderson suggests that this Court *may* want to consider the Government's Motion and Anderson's anticipated motion to dismiss at the same hearing. (Anderson anticipates filing the motion to dismiss this week.)

4. Arthur Margulis, Anderson's lead counsel, is out of town on a pre-scheduled vacation.

1

He was already out of town on March 27, 2015 when this Court scheduled the Conflicts Hearing and will be returning on April 2, 2015, the date of the Conflicts Hearing. He needs additional time to be adequately prepared for the Conflicts Hearing and, if necessary, to personally meet with Anderson, who is in custody and ordered to appear at the Conflicts Hearing.

5. The issues raised in the Government's sealed motion are unusual, complex, and require substantial legal and factual analysis, especially based on recent developments in case law regarding these issues. Undersigned counsel will benefit from additional time to be better prepared for the hearing.

6. This motion is not made for purposes of delay. Rather, Anderson represents that the requested short continuance will enable the parties to be better prepared for the hearing.

7. Anderson's counsel has conferred with counsel for the United States, Assistant United States Attorney John Davis, and the United States has no objection to this motion.

WHEREFORE, Anderson respectfully requests that this Court continue the Conflicts Hearing scheduled for Thursday, April 2, 2015 at 1:30 p.m. (Doc. 304) to a date on or after April 8, 2015.

Respectfully Submitted,

***Justin K. Gelfand***_____
Justin K. Gelfand
Arthur Margulis
William Margulis
*Counsel for Thomas Anderson, Jr.*

**Certificate of Service**

I hereby certify that I filed the foregoing through the Court's CM/ECF system which will provide notice of filing to all counsel of record.

*/s/ JUSTIN K. GELFAND*
JUSTIN K. GELFAND
ATTORNEY FOR DEFENDANT
7701 Forsyth Blvd., 12th Floor
St. Louis, MO 63105
Telephone: (314) 505-5404
Facsimile: (314) 505-5405
gelfand@capessokol.com