Rev. 10/31/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date **4-9-15** Judge **Baker** Case No. **14cr246 NAB**

UNITED STATES OF AMERICA v. **Thomas Anderson**

Court Reporter **FTR** Deputy Clerk **Cabrera**

Assistant United States Attorney(s) **J. Davis**

Attorney(s) for Defendant(s): **Wm. Margulis**

Interpreter _____ ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance              ☐ Detention Hearing                        ☐ Preliminary Revocation
☐ Arraignment                     ☐ Bond Review                              ☐ Probation
☐ Preliminary Examination         ☐ Bond Execution/Appearance Bond           ☐ Supervised Release
☐ Motion Hearing                  ☐ In Court Hrg (WAIVER OF MOTIONS) ☐ Competency
  ☐ Evidentiary Hearing           ☐ Change of Plea/Sentencing                ☐ Pretrial/Status Conference
  ☐ Oral Argument/Non Evidentiary Hearing ☐ Rule 5(c)(3)Removal (Identity)   ☐ Material Witness

Additional Information: **Conflict hrg. case cont. to 5-14-15 @ 9 AM**

☐ Oral Motion for appointment of counsel (GRANTED)  ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____  ☐ Secured Appearance Bond  ☐ Secured by 10%

☐ Secured by cash only   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ before _____

☐ Preliminary examination set for _____ before _____

☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement

☐ Plea entered **not guilty**   Order on pretrial motions:  ☐ issued  ☐ to issue

  ☐ Oral Motion for Suppression                 ☐ Written Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives _____            ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions   ☐ No R&R will be forthcoming

Trial date/time _____ Before _____

☑ Remanded to custody   ☐ Released on bond

Next hearing date/time _____ Type of hearing _____ Before _____

Proceeding commenced **1:43** Proceeding concluded **1:45** Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the