# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:14-CR-246 AGF NAB |
| ) | |
| THOMAS GREGORY ANDERSON, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER

All pretrial matters in this cause have been referred to the undersigned pursuant to 28 U.S.C. § 636(b).

On September 26, 2014, the undersigned entered a complex case finding pursuant to Title 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (ii) [Doc. #157].  This matter is before the undersigned on Defendant's Motion for Extension of Time within which to File Pretrial Motions [Doc. #321] filed on April 15, 2015.  In support of the motion, Defendant stated that the Government has filed a motion for inquiry into potential conflicts of interest, that Defendant has filed a motion to dismiss due to conflicts of interest, and that the undersigned continued a hearing on the matter to May 14, 2015 at 9:00 a.m. by agreement of the parties.  Defendant further stated that Defendant believes it is in the interest of judicial economy to postpone the filing of pretrial motions until after the May 14th hearing and that the Government has no objection.  Defendant requested that the pretrial motion deadline previously set for April 16, 2015 be continued to May 29, 2015.

For the reasons set out in Defendant's motion, the Court will grant Defendant's motion for extension.  The time granted to Defendant is excluded from computation of Defendant's right

to a speedy trial pursuant to the complex case finding entered by the undersigned and Title 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (ii).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Extension of Time within which to File Pretrial Motions [Doc. #321] is **GRANTED**. Defendant shall have to and including **May 29, 2015** to file any pretrial motions or waiver of motions. The Government shall have until **June 5, 2015** to respond. **If Defendant fails to file pretrial motions or a waiver of pretrial motions, the Court will set the matter for a hearing.**

Dated this 17th day of April, 2015.

                                              /s/ Nannette A. Baker
                                             NANNETTE A. BAKER
                                             UNITED STATES MAGISTRATE JUDGE