UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date **10-24-15** Judge **NAB** Case No. **14cr246**

UNITED STATES OF AMERICA v. **T. Anderson, et al**

Court Reporter **GM** Deputy Clerk **Cabrans**

Assistant United States Attorney(s) **J. Davis, T. Becker**

Attorney(s) for Defendant(s): **Wm. Margulis**

Interpreter _____ ☐ SEALED PROCEEDING

Proceedings:

☐ Initial Appearance  ☐ Detention Hearing  ☐ Preliminary Revocation
☐ Arraignment  ☐ Bond Review  ☐ Probation
☐ Preliminary Examination  ☐ Bond Execution/Appearance Bond  ☐ Supervised Release
☑ Motion Hearing  ☐ In Court Hrg (WAIVER OF MOTIONS)  ☐ Competency
  ☐ Evidentiary Hearing  ☐ Change of Plea/Sentencing  ☐ Pretrial/Status Conference
  ☐ Oral Argument/Non Evidentiary Hearing  ☐ Rule 5(c)(3)Removal (Identity)  ☐ Material Witness

Additional Information: **Oral mtn. by deft. to enforce subpoena; GRANTED NAB testimony heard; taken under submission. Briefs due by 7-27-15 by Deft; response by govt. 8-10-15.**

☐ Oral Motion for appointment of counsel (GRANTED)  ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____  ☐ Secured Appearance Bond  ☐ Secured by 10%

  ☐ Secured by cash only  ☐ Secured by property  ☐ Unsecured bond  ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ before _____

☐ Preliminary examination set for _____ before _____

☐ Defendant arraigned  ☐ Waives reading of indictment/information  ☐ Matter taken under advisement

☐ Plea entered **not guilty**  Order on pretrial motions:  ☐ issued  ☐ to issue

  ☐ Oral Motion for Suppression  ☐ Written Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives _____  ☐ order to issue  ☐ oral ruling

☐ Defendant waives evidentiary hearing  ☐ By leave of court withdraws all pretrial motions  ☐ No R&R will be forthcoming

Trial date/time _____ Before _____

  ☑ Remanded to custody  ☐ Released on bond

Next hearing date/time _____ Type of hearing _____ Before _____

Proceeding commenced **9:58 / 12:00** Proceeding concluded **1:00 / 4:00** Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the