## EXHIBIT LIST

*Date:*        *Case Number:* ____ - ____

*Style:*     **Page No.** _____

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|--------|---------|----------------|-------------|-------------|---------------|
| A | | | | | 6/23/15 |
| B | | | | | |
| I | | | | | |
| P | | | | | |
| H | | | | | |
| F | | | | | |
| G | | | | | |
| K | | | docket sheet | | 6/24/15 |
| C | | | transcript | | |
| D | | | transcript | | |
| E | | | recording | | |
| J | | | | | |
| K Amended | | | Full Docket Sheet | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |