UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:14CR246 AGF/NAB ) ) |
| THOMAS ANDERSON, JR., | ) ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO PROVIDE ANDERSON'S COUNSEL AND COUNSEL FOR THE UNITED STATES WITH CERTAIN SEALED PORTIONS OF THE TRANSCRIPT FROM THE JUNE 23, 2015 EVIDENTIARY HEARING**

Defendant Thomas Anderson, Jr. ("Defendant"), by and through his undersigned counsel, respectfully requests that this Court permit the court reporter to release the under-seal bench conference excerpts from the June 23, 2015 Volume I Transcript to counsel for Anderson and to counsel for the United States.

Specifically, the official court reporter in this matter identified certain bench conferences from this transcript that are sealed. In particular, the court reporter identified under-seal bench conference excerpts from June 23, 2015, one of the dates on which this Court held an evidentiary hearing on the Government's Motion for Inquiry and Defendant's Motion to Dismiss.

This Court has permitted the parties to brief this matter in light of the evidentiary hearing and Defendant has ordered a transcript of the proceedings. In that counsel for Anderson participated in these under-seal bench conferences, counsel would like access to the transcripts from these under-seal bench conferences for purposes of preparing the relevant brief on the pending motions.

WHEREFORE, Defendant respectfully requests that this Court permit the court reporter

1

to release the under-seal bench conference excerpts from the June 23, 2015 Volume I Transcript to counsel for Anderson and to counsel for the United States.

Respectfully Submitted,

*/s/ Arthur Margulis*
*/s/ William Margulis*
*/s/ Justin Gelfand*
Arthur Margulis
William Margulis
Justin Gelfand
Capes, Sokol, Goodman & Sarachan, P.C.
7701 Forysth Blvd., 12th Floor
Clayton, MO 63105
Telephone: 314.721.7701
Facsimile: 314.721.0554
gelfand@capessokol.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that I filed this pleading electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney and all other counsel in this case.

      ***/s/ Arthur Margulis***
      ***/s/ William Margulis***
      ***/s/ Justin Gelfand***
Arthur Margulis
William Margulis
Justin Gelfand
Capes, Sokol, Goodman & Sarachan, P.C.
7701 Forysth Blvd., 12th Floor
Clayton, MO 63105
Telephone: 314.721.7701
Facsimile: 314.721.0554
gelfand@capessokol.com
***Attorneys for Defendant***