UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:14CR246 AGF/NAB |
| v. | ) | |
| | ) | |
| THOMAS ANDERSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO  CONTINUE COURT'S ORDER OF JUNE 25, 2015

COMES NOW counsel for Defendant Anderson and moves the Court to enter its Order

extending the deadline Order set out in the Court's Motion of June 25, 2015.  In support of said

Motion, Defendant's counsel, Arthur Margulis, states that Defendant's counsels are unable to

confer until July 13, 2015.

Defendant's counsel (Arthur Margulis) has conferred with the Government's Counsel,

John Davis, who does not object to this request.

WHEREFORE, Defendant Anderson respectfully moves this Court to extend said

deadline.

Respectfully Submitted,
*/s/ Arthur Margulis*
*/s/ William Margulis*
*/s/ Justin Gelfand*
Arthur Margulis
William Margulis
Justin Gelfand
Capes, Sokol, Goodman & Sarachan, P.C.
7701 Forysth Blvd., 12th Floor
Clayton, MO 63105
Telephone: 314.721.7701
Facsimile: 314.721.0554
gelfand@capessokol.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney and all other counsel in this case.

*/s/ Arthur Margulis*
*/s/ William Margulis*
*/s/ Justin Gelfand*
Arthur Margulis
William Margulis
Justin Gelfand
Capes, Sokol, Goodman & Sarachan, P.C.
7701 Forysth Blvd., 12th Floor
Clayton, MO 63105
Telephone: 314.721.7701
Facsimile: 314.721.0554
gelfand@capessokol.com
*Attorneys for Defendant*