UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) No. 4:14CR246 AGF/NAB |
| v. | ) |
| THOMAS ANDERSON, JR., | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION TO SCHEDULE ORAL ARGUMENT

Defendant Thomas Gregory Anderson, Jr. ("Anderson"), by and through his undersigned counsel of record, respectfully requests that this Court schedule an oral argument on the Government's Motion for Inquiry and Anderson's Motion to Dismiss.

Respectfully Submitted,
*/s/ Arthur Margulis*
*/s/ William Margulis*
*/s/ Justin Gelfand*
Arthur Margulis
William Margulis
Justin Gelfand
Capes, Sokol, Goodman & Sarachan, P.C.
7701 Forysth Blvd., 12th Floor
Clayton, MO 63105
Telephone: 314.721.7701
Facsimile: 314.721.0554
gelfand@capessokol.com
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

    I hereby certify that on August 12, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney and all other counsel in this case.

    ***/s/ Arthur Margulis***
    ***/s/ William Margulis***
    ***/s/ Justin Gelfand***
    Arthur Margulis
    William Margulis
    Justin Gelfand
    Capes, Sokol, Goodman & Sarachan, P.C.
    7701 Forysth Blvd., 12th Floor
    Clayton, MO 63105
    Telephone: 314.721.7701
    Facsimile: 314.721.0554
    gelfand@capessokol.com
    ***Attorneys for Defendant***