UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:14CR00246 AGF (NAB) ) |
| THOMAS ANDERSON, JR., | ) ) |
| Defendant. | ) |

**UNITED STATES' RESPONSE TO MOTION TO SCHEDULE ORAL ARGUMENT**

COMES NOW the United States of America, by and through Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and John T Davis, Assistant United States Attorney for said District, and for its response to defendant Thomas Anderson, Jr.'s motion to schedule oral argument states as follows:

The Government does not believe that oral argument is necessary in this case. The Court has heard two days' worth of testimony and the parties have fully briefed the issues on two separate occasions. The issues raised in the motion for inquiry and motion to dismiss indictment can be addressed by review of the record, the parties' extensive briefings and application of existing law.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 */s/ John T Davis*
JOHN T DAVIS #40915 MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                                 */s/ John T Davis*
                                                 JOHN T DAVIS #40915 MO
                                                 Assistant United States Attorney