UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:14 CR 246 AGF |
| ) | |
| THOMAS ANDERSON, JR., ) | |
| ) | |
| Defendant.. ) | |

### GOVERNMENT'S NOTICE REGARDING 902 CERTIFICATIONS

The United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Stephen Casey, Assistant United States Attorney for said District, hereby provides notice of the United States' intention to introduce certain documents at trial in this case pursuant to Fed. R. Evid. 902.

Specifically the United States may offer certain business and government records obtained from the following: Internal Revenue Service; ABF Freight System, Inc.; Nordstrom Credit Card; Southwest Airlines; Delta Airlines; American Airlines; Frontier Airlines; andAir Tran Airlines.

Copies of the records have been provided in discovery or have been otherwise available to defense counsel for inspection as per District custom and practice.  Accompanying custodial declarations are available upon request. The United States does not anticipate an objection to authenticating such records by way of Rule 902 and does not anticipate calling custodians of records to testify.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 */s/ Stephen Casey*
Stephen Casey #58879MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served upon counsel of record through the court's electronic filing system.

 */s/ Stephen Casey*
Stephen Casey #58879MO
Assistant United States Attorney