*Recorded Call May 8th, 2015*

*AT&T Government Compliance Center and Tommy Anderson*

<u>201505081850_20142211_3148942291</u>
(Automated Voice: 00:00:00 - 00:00:52)

Female:         Hello?

(Automated Voice: 00:00:54 - 00:01:05)

Female:         Hey, Tommy(ph).

Tom Anderson:   Yeah.

Female:         Hey, try <u>1-800-291-4952</u> not 72, 52.

Tom Anderson:   Okay, got it.

Female:         <u>1-800-291-49</u> --

Tom Anderson:   I'll be right -- let me write it down, hold on.

Female:         -- 52.

Tom Anderson:   1-800 what?

Female:         291.

Tom Anderson:   Yeah.

Female:         Like you had, 49 like you had.

Tom Anderson:   Yeah.

Female:         52. Not 72, it's 52.

Tom Anderson:   I'm a fucking idiot, please call it.

-1-

Female:   I see, "I'm fucking idiot."

Tom Anderson:   I am. Please call it.

Female:   I know, as I said --

Tom Anderson:   Sorry for the trouble.

Female:   Hold on, hold on.

Tom Anderson:   I'm a volcano! I'm going to blow up. Hold on.

(Audio Gap: 00:01:43 - 00:02:10)

Female:   Are you there?

(Automated Voice: 00:02:11 - 00:02:16)

Female:   I hate this phone because you have to wait until they answer to click over.

(Automated Voice: 00:02:19 - 00:02:27)

Tom Anderson:   Now, press five, press five.

AT&T Agent Renaldo:   This is AT&T compliance, Renaldo speaking. How can I help?

Tom Anderson:   Renaldo, how are you doing? I'm calling in reference to a subpoena that was served on phone number 831-582-7847 for a toll registry?

AT&T Agent Renaldo:   Okay. And how long ago was that submitted?

Tom Anderson:   It was submitted in March.

AT&T Agent Renaldo:   Let me take a look and see what's the status of it, one moment, okay?

(Audio Gap: 00:03:05 - 00:03:23)

AT&T Agent Renaldo:	How was that served?  Was that served through fax or?

Tom Anderson:	I believe it was sent via email.

AT&T Agent Renaldo:	Via email, okay.

Tom Anderson:	Before you continue, let me explain to you what I'm looking for.  I'm also looking for any Title III information as well as trap and trace from July 2014 through September, October 2014.

AT&T Agent Renaldo:	Okay.  So, was that a separate request?

Tom Anderson:	Yeah, that's a separate request. That's going to be -- I don't think that has been filed yet but I just want to make sure that you guys have the correct account number because the phone number 831-582-7847 now has a new occupant using that number.

AT&T Agent Renaldo:	Okay.

Tom Anderson:	So, I just want to make sure you have the appropriate account number for that.  Do you want to take the account number down?

AT&T Agent Renaldo:	We're actually just looking up dates on -- let me just find any request for the phone number first.

Tom Anderson:	Okay.

AT&T Agent Renaldo:	Then -- let me ask, who am I speaking with today?

Tom Anderson:	You're speaking with Tom Anderson.

(Audio Gap: 00:04:29 - 00:05:05)

AT&T Agent Renaldo:	I do see we had a mobile locate request in July of 2014 for that Target number.

Tom Anderson:	In July 2014?

3

AT&T Agent Ronaldo: Correct.

Tom Anderson: Okay, what about in September?

AT&T Agent Ronaldo: I don't see any request for that number in September. And even more recent, the request that you said you sent in March via email.

Tom Anderson: Yeah, in March -- I couldn't hear you. The phone cut out. What did you say about March?

AT&T Agent Ronaldo: Yeah, I'm not seeing the request that you sent in March as well.

Tom Anderson: There has been no request for March?

AT&T Agent Ronaldo: Yeah, I'm looking for it. I'm not seeing it. Give me just a second, okay?

Tom Anderson: Yeah. Can I give you the account number so that I can make sure that you have it correctly?

AT&T Agent Ronaldo: All right. What's the account number?

Tom Anderson: <u>523182897652</u>.

(Audio Gap: 00:06:01 - 00:06:28)

AT&T Agent Ronaldo: All right. Give me one second here, okay?

Tom Anderson: Okay.

AT&T Agent Ronaldo: Thank you.

Female: Kindly get his name?

AT&T Agent Ronaldo: Mm-hmm.

(Crosstalk/Audio Gap:  00:06:39 - 00:07:08)

Tom, let me ask you a question.  What email was that request sent for?

Tom Anderson:  I'm not sure.  I'm just looking at the official court record here.  It says that a subpoena was served for the toll records from AT&T but I didn't say anything about the other information I was going to do for the title three, ten register, and trap and trace information.

AT&T Agent Ronaldo:   All right.  Let's see one at a time, okay?  Let's see with the one from March.  The one from March that you initially inquired about, I'm not seeing that request at all.

Tom Anderson:  Okay, you're not seeing a request for that, okay.  Okay, I'm making sure.  Now, let's go to the next thing.  What about title three from September 2014?

AT&T Agent Ronaldo:   I'm not seeing a title three.  The only thing we had logged for that particularly telephone number because everything we do is based on the telephone number was back in 2014 in July.

Let me ask you, what agency do you represent?

Tom Anderson:  I represent myself.  I'm Tom Anderson.  I'm the defendant in the case.  I'm the one that served the subpoena but I'm getting ready to serve a subpoena for the following information and I was just calling to see if the first subpoena that was subpoenaed in March for the toll records if that was sent in because they haven't sent us a copy of that yet.

The number 831-582-7847, that was a number that was being used at the time however that number is no longer associated for that same person.  Now, a different person is using it.  So I'm just trying to make sure that you guys have the correct information so that we can pull up all the necessary requests.

AT&T Agent Ronaldo:   This is how it works with us, whatever request you sent to us and whatever date range that you sent to AT&T, we would comply based on whatever dates you're looking for.  If the user has changed before we send information out, we always confirm with you that the user is different from the initial request.  So one thing I'm looking at -- I'm not even seeing a request to say, "Hey, there is a request and it's going to get done by this date."  I'm not even seeing a request submitted to AT&T.  You're saying you submitted it to AT&T directly, correct?

Tom Anderson: No, listen to what I'm saying is that my defense -- the defense attorneys in this case and the government are working together in this.  And the official motion from the government, it says that the government has subpoenaed toll records from AT&T for the toll information associated with that phone number that I gave you.  But what I'm saying is I was concerned -- what the concern is, is that you guys didn't have the right information.  You know, like I said like you were going to pull up an account number or you're going to pull up the phone number and that was going to be registered to a different person and the information that was going to come back was going to be not pertaining to this case.

AT&T Agent Ronaldo:  I'm sorry.  I understand what you're saying but what I'm explaining to you is that we would be able to determine when there was a number change or when there was a subscriber change.

00:10:05

Tom Anderson:      Right.

AT&T Agent Ronaldo:   So if the phone number doesn't pertain to the original subscriber, we can determine that and we would not release that information.  We would release whatever information based on the dates and the time just being requested of the defense attorney, we will be able to determine that, who the actual subscriber was at that point in time.  So the account number really won't do us much.  We have all that information.

Tom Anderson:      Right, but --

AT&T Agent Ronaldo:    The main thing is -- go ahead.

Tom Anderson:    I'm sorry, I didn't mean to interrupt you.  Let me just be more specific.  The subpoena that is supposed in right now was supposed to be a request from September 12, 2014 for the toll records.  Are you seeing that subpoena in your file?

AT&T Agent Ronaldo:   Not seeing that at all.

Tom Anderson:    Not seeing that at all?  Okay.

AT&T Agent Ronaldo:    Correct.

Tom Anderson:      Okay. And then the only thing you have right now is from July

6

was a trap and trace on record and then you have --

AT&T Agent Ronaldo: Not a trap or trace on that number. There was another agency that -- you know, there was another request on that number. I'm not able to give specifics because you weren't the requesting party.

Tom Anderson: Right.

AT&T Agent Ronaldo: The only request I see on that number was in 2014. There isn't any request for toll records nor am I seeing any trap or trace records at all being requested between the times you were asking me up to the present. There isn't any information at all.

Tom Anderson: Okay, right. Then is that other one's pertaining to Title 3, correct?

AT&T Agent Ronaldo: I'm not able to really go into details. You're not the requesting party.

Tom Anderson: Okay, so let me ask you this. Here's a better question so I can be prepared because this is now -- this is what I need to know. What do you need from us to get the information from early August to late September for trap and trace in Title 3 request?

AT&T Agent Ronaldo: All right. So if you're working -- based on whatever agency you're working on, so get any that requires location information and so forth, that requires a search warrant --

Tom Anderson: Right.

AT&T Agent Ronaldo: -- or a court order referencing probable cause to release any information.

Tom Anderson: Referencing probable cause?

AT&T Agent Ronaldo: Correct.

Tom Anderson: Okay, I understand. Okay, great. Now, what is your name because I'm going to -- because once I have this served, I'm going to send this directly to you so we can figure this out, okay?

| | |
|---|---|
| AT&T Agent Ronaldo: | Well, my name's Ronaldo. You don't want this directed to me specifically because you want to get it worked as soon as possible. |
| Tom Anderson: | Right. |
| AT&T Agent Ronaldo: | If I'm not here, it sits there until I get back into work. You want to just leave it open for AT&T. And when it's submitted to AT&T, you can call us back and confirm receipt of it. |
| Tom Anderson: | Right. |
| AT&T Agent Ronaldo: | So, that's the best thing. When do you think you're going to have it sent to be submitted? |
| Tom Anderson: | Oh, I'm not -- well, I was going to have it submitted today but I think it's probably going to be -- probably Tuesday or Wednesday of next week. |
| AT&T Agent Ronaldo: | Okay. We're here 24 by 7, so if you want to submit it the earliest you can submit by, as soon as you submit it, you can call us back and confirm that we've gotten it and we can mark it urgent. Are you needing this by a particular timeframe? |
| Tom Anderson: | Yeah, I need by May -- I need by May 26, 2015. |
| AT&T Agent Ronaldo: | Well, you need to specify that on your cover sheets. |
| Tom Anderson: | Right. |
| AT&T Agent Ronaldo: | That you're wanting this back by a particular date. That's why I'm also suggesting as soon as you send it, you call us back and confirm, "Hey, I just went ahead and sent this to you guys. If you guys confirm, I need this by this date," and we can, you know, make sure you get it by that date so you can have it for court. |
| Tom Anderson: | Okay, perfect! So, and just to confirm though, you have not received the subpoena for the toll records -- |
| AT&T Agent Ronaldo: | No. |

Tom Anderson: -- for the -- that was submitted in March 2015 for the information of September 2014, correct?

AT&T Agent Ronaldo: That is correct. I'm not seeing any request.

Tom Anderson: And the only thing you have is a government request from July 2014, correct? But you can't give any more information until you receive the proper documentation, correct?

AT&T Agent Ronaldo: That is correct.

Tom Anderson: Sir, thank you very much for your time. I'll be speaking to you very soon.

AT&T Agent Ronaldo: Have a great evening, sir.

Tom Anderson: Thank you, bye-bye!

AT&T Agent Ronaldo: Bye-bye!

Tom Anderson: Hello?

Female: Yeah?

Tom Anderson: I told you they tapped the motherfucker, what'd I tell you?

(Voice Overlap)

Tom Anderson: I said I told you they tapped that fucking thing. What'd I tell you?

Female: Well, I know. Should I click over now? Hold on, I'll make sure he's gone. Hold on.

Tom Anderson: Oh my God!

Female: Tommy?

Tom Anderson: Oh my God!

Female: So now what are you excited about?

Tom Anderson: The government never subpoenaed, never requested their information.

Female: Did they say they did?

Tom Anderson: It says the government had subpoenaed toll records from AT&T that may or may not confirm this along with other calls made at the time.

Female: What do you mean?  What are they (00:14:35)?

Tom Anderson: Mom, get -- call Bill -- call Bill Margulus(ph) right now.  Call Bill Margulus right now.  I want to speak to him.

Female: Okay.

Tom Anderson: Right now.  Right now.

Female: Okay.

Tom Anderson: How many minutes do I have left on the phone?

Female: Uh, let me see.  Let me look.  Well, it says I had 42 seconds because I clicked over, remember?

Tom Anderson: What time is it right now?  What time is it right now?

Female: It is 7:05.

Tom Anderson: Okay.  Listen to me, mark this time down right now.  What's today's date?

Female: Seven-oh-five.

Tom Anderson: And what day is it?  What's today's date?

Female: Today is the -- I got it.  It's right here.  It's the 8th, Friday the 8th.

Tom Anderson:     Get Bill Margulus on the phone.  I'm going to call you right back.  I'm going to call you right back.

Female: Okay.  Bye-bye.

Tom Anderson:   Bye-bye.

00:15:23

Transcribed by Tech-Synergy                                                                                Page 8 of 8

11

# CAPES SOKOL
Attorneys at Law

JUSTIN K. GELFAND
DIRECT DIAL: 314-505-5404
DIRECT FACSIMILE: 314-505-5405
EMAIL: GELFAND@CAPESSOKOL.COM

February 24, 2017

AT&T National Compliance Center
11760 U.S. Highway 1, Ste. 600
North Palm Beach, Fl, 33408
Fax: 888-938-4715

RE:   Request for Preservation of Records

To whom it may concern:

We represent Thomas Gregory Anderson, Jr. in a federal criminal case pending in the United States District Court for the Eastern District of Missouri.

This letter is a formal request for the preservation of all stored communications, records, geolocation information, and other evidence in your possession regarding the following account:

Telephone Number: 831-582-7847

It is our understanding based on representations by your department that records currently exist regarding the location of this particular cellular telephone in 2014 and that stored communications and other records related to this account exist. We respectfully request that you preserve this information and evidence for at least ninety (90) days. This request only applies retrospectively; it does not in any way obligate you to capture and preserve new information that arises after the date of this request.

We appreciate your prompt attention to this matter as we consider this information and evidence material to this federal criminal case.

Please do not hesitate to contact us by phone, email, fax, or mail with any questions or concerns.

Respectfully,

Justin K. Gelfand and
William S. Margulis

Capes, Sokol, Goodman & Sarachan, P.C.
Pierre Laclede Center
7701 Forsyth Boulevard, Twelfth Floor
St. Louis, Missouri 63105-1818

P: 314.721.7701   F: 314.721.0554   capessokol.com



# National Court Order Compliance
## RESPONSE COVER SHEET
11760 US HIGHWAY 1, SUITE 600
NORTH PALM BEACH, FL 33408-3029
Phone 1-800-635-6840   Facsimile 1-888-938-4715

To:  JUSTIN GELFAND
CAPES SOKOL 63105
7701 FORSYTH BLVD, 12TH FLOOR
ST LOUIS, MO 63105

File Code: 2186954

From: CTC

Phone Number: (314) 721-7701
Fax Number: 1(314) 721-0554

Request Dated:
Received On:

Number of Pages:
Date: 2/25/2017

☒ The request has been received and processed.

2186954

