# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

### MINUTES OF CRIMINAL JURY/NON JURY TRIAL

**Presiding U.S. District Judge** Audrey G. Fleissig  **Date** August 2, 2017  **Trial Day** Eight   **Case No.** 4:14cr00246 AGF

## UNITED STATES OF AMERICA vs. Thomas Gregory Anderson, Jr.

Parties present for   ✗ JURY TRIAL  □ NON JURY TRIAL

Court Reporter P. Dunn Wecke                           Deputy Clerk B. Porter

Assistant United States Attorney(s) John Davis, Stephen Casey, Sirena Wissler

Attorney(s) for Defendant(s) Justin Gelfand, William Margulis

Interpreter N/A                                           Defendant is □ released on bond  ☑ remanded to custody

□ Jury impaneled and sworn.   □ Opening Statement(s) of □ Government □ Defendant(s) made.

□ Government evidence □ commenced □ resumed □ and □ but not □concluded.

□ Defendant(s) evidence □ commenced □ resumed □ and □ but not □concluded.

□ Government evidence in rebuttal □ commenced □ resumed □ and □ but not □ concluded.

□ Defendant(s) evidence in surrebuttal □ commenced □ resumed □ and □ but not □ concluded.

□ Oral □ Written □Motion for judgment of acquittal □at close of □government's □defendant's case □ filed

□ made/argued by □ Govt □ deft(s) □ _____ and is

□ Overruled/Denied □ Sustained □ Court's ruling reserved □ taken under submission  □ taken with the case.

☑ Closing Arguments made.   □ Case taken under advisement.

☑ Jury retires to consider its verdict(s) at  12:10 PM

☑ Verdict is returned at  3:20  pm

□ On motion of □ government □defendant □ Court the jury is polled. □ Verdict is unanimous.

□ Jury unable to agree upon its verdict(s) by ____ am/pm is excused to resume deliberations _____ at ____ am/pm.

□ The Court declares a MISTRIAL. Trial is reset

□ SENTENCING SET _____

□ Judgment of acquittal is entered accordingly this date.   □ Depositions □ Exhibits retained by □ Court □ Counsel.

□ Proceedings to continue _____ at _____ am/pm

A status conference is set for August 3, 2017 at 2:30 PM.

PROCEEDINGS COMMENCED: **8:50 AM**            CONCLUDED: **3:40 PM**