# United States District Court
Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

*Gregory J. Linhares*  *314-244-7900*
*Clerk of Court*

November 14, 2017

Justin K. Gelfand / Arthur S. Margulis (for dft)
CAPES AND SOKOL
7701 Forsyth Boulevard
12th Floor
St. Louis, MO  63105

Re:  USA v Anderson et al
Case No:  4:14-CR-00246-AGF

Dear Mr. Margulis and Mr. Gelfand:

Judge Fleissig has directed that I forward the enclosed documents to you.  Mr. Anderson's father brought these documents to the clerk's office on November 9, 2017, and stated that it was the second part of a mailing that your client was sending.  We have not received any direct filing from your client, and do not know whether these documents relate to the motion you have recently filed on behalf of your client.

In accordance with Judge Fleissig's instructions, the Clerk's Office has not and will not be filing these documents, as we cannot determine what to do with the documents, based on what Mr. Anderson's father told the Clerk's Office.  We are therefore sending the documents to you, with the understanding that you will be filing them as you deem appropriate or otherwise advising your client with respect to the documents.


Sincerely,
GREGORY J. LINHARES, CLERK OF COURT


By:    /s/ Kinica Battle
       KINICA BATTLE
       Deputy Clerk



Enclosure(s)
cc: John Davis (w/o enc.)