UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14 CR 246 AGF (NAB) |
| | ) | |
| THOMAS GREGORY ANDERSON, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION TO UNSEAL DOCUMENT**

Comes now the United States of America by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri and John T Davis, Assistant United States Attorneys for said District, and moves the Court to unseal the Government's Consolidated Response to Defendant's Two Motions to Compel (Docket #1081) that was filed on November 17, 2017.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*s/ John T Davis*
John T Davis, #40915MO
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November 2017, the foregoing was filed electronically with the Clerk of the Court, and was served upon all counsel of record

*s/ John T Davis*
Assistant United States Attorney

1