

MONTEREY DEL MONTE RETAIL STORE
494 DEL MONTE CENTER BUILDING 4 SPACE
42B, AT&T Store
MONTEREY, CA 93940
(831) 642-0100
Store No. S124 Register No. 67

---

ACTIVATION DEPOSIT  831-582-7847     0.00
69402   PHO APL IPHONE 5S 16GB      199.99
        SER. NO. 0138470006639560
        Taxable Unit Value 649.99
76304   DECLINED INSURANCE            0.00
        1 @ 0.00
4127C   CHC MOP JP AIR IPH5 5S       99.00
        1 @ 99.00
4617A   CLA SUP 2AMP-USB IPHON       30.00
        1 @ 30.00
SalesPerson  mm400v
4032B   SCP BDG PUREGLASS IPHO       35.00
        1 @ 35.00

831-582-7847
ACCOUNT NOTE    831-582-7847

---

            SUBTOTAL   363.99
                 TAX    60.30
    TOTAL AMOUNT DUE   424.29
COMMITMENT SAVINGS - $450.00
       VISA TENDERED   414.29
   Acct No. XXXXXXXXXXXX9940
   Card Entry Mode:Keyed
            Auth No. 164743

---

         CHANGE DUE    0.00

---

   YOUR TOTAL SAVINGS   $450.00

---

Transaction ID:XS12434EMKVH3
             Visa
Acct No. XXXXXXXXXXXX9940
      Auth No. 164743
      AMOUNT  $414.29
   I HAVE RECEIVED GOODS AND
   SERVICES IN THE ABOVE AMOUNT

CASHIER: JESUS G
*XS12434EMKVH3*
07/16/2014 20:44:13
STORE COPY

Thank you for choosing AT&T!
We are here for you 24 x 7 at
      att.com/support.

Pursuant to California Sales Tax
Regulation 1585, tax on devices sold with