IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:14CR00246 AGF |
| | ) | |
| Thomas Gregory Anderson, Jr. | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 17, 2018 and ending on February 15, 2018. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 21, 2018 at St. Louis, MO.

_Stephanie Haar_
Stephanie Haar
Forfeiture Specialist

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION
### COURT CASE NUMBER: 4:14CR00246 AGF; NOTICE OF FORFEITURE

Notice is hereby given that on January 10, 2018, in the case of <u>U.S. v. Thomas Gregory Anderson, Jr.</u>, Court Case Number 4:14CR00246 AGF, the United States District Court for the Eastern District of Missouri entered an Order condemning and forfeiting the following property to the United States of America:

$64,090.00 U.S. Currency which was seized from Thomas Gregory Anderson Jr. on November 14, 2012 (13-DEA-574303)

$4,888.00 U.S. Currency which was seized from Thomas Gregory Anderson Jr. on November 14, 2012 (13-DEA-574304)

Assorted Firearms and Magazines, including the following items:
1 Glock 17 Pistol, Ser No: TKF179;
1 Glock 17 Magazine;
1 Glock 17 Pistol, Ser No: TKF177;
1 Glock 17 Magazine;
1 Tapco USA Rifle, Ser No: 1964FG3322;
1 Sig Sauer 556 Rifle, Ser No: JS040243;
5 Sig Sauer 556 Rifle Magazines
which were seized from Thomas Gregory Anderson Jr. on November 14, 2012 (13-DEA-574487)

Glock 23 Pistol and Magazine which was seized from Thomas Gregory Anderson Jr. on November 14, 2012 (13-DEA-574493)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (January 17, 2018) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 111 South 10th St., Suite 3.300, St. Louis, MO 63102, and a copy served upon Assistant United States Attorney Stephen R. Casey, Thomas F. Eagleton Courthouse, 111 South Tenth Street, 20th Floor, St. Louis, MO 63102. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between January 17, 2018 and February 15, 2018. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Thomas Gregory Anderson, Jr.

**Court Case No:**       4:14CR00246 AGF
**For Asset ID(s):**     See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 01/17/2018 | 24.0 | Verified |
| 2 | 01/18/2018 | 24.0 | Verified |
| 3 | 01/19/2018 | 24.0 | Verified |
| 4 | 01/20/2018 | 24.0 | Verified |
| 5 | 01/21/2018 | 24.0 | Verified |
| 6 | 01/22/2018 | 24.0 | Verified |
| 7 | 01/23/2018 | 24.0 | Verified |
| 8 | 01/24/2018 | 24.0 | Verified |
| 9 | 01/25/2018 | 24.0 | Verified |
| 10 | 01/26/2018 | 24.0 | Verified |
| 11 | 01/27/2018 | 24.0 | Verified |
| 12 | 01/28/2018 | 24.0 | Verified |
| 13 | 01/29/2018 | 24.0 | Verified |
| 14 | 01/30/2018 | 24.0 | Verified |
| 15 | 01/31/2018 | 24.0 | Verified |
| 16 | 02/01/2018 | 24.0 | Verified |
| 17 | 02/02/2018 | 23.9 | Verified |
| 18 | 02/03/2018 | 24.0 | Verified |
| 19 | 02/04/2018 | 24.0 | Verified |
| 20 | 02/05/2018 | 24.0 | Verified |
| 21 | 02/06/2018 | 24.0 | Verified |
| 22 | 02/07/2018 | 24.0 | Verified |
| 23 | 02/08/2018 | 24.0 | Verified |
| 24 | 02/09/2018 | 24.0 | Verified |
| 25 | 02/10/2018 | 24.0 | Verified |
| 26 | 02/11/2018 | 24.0 | Verified |
| 27 | 02/12/2018 | 24.0 | Verified |
| 28 | 02/13/2018 | 24.0 | Verified |
| 29 | 02/14/2018 | 24.0 | Verified |
| 30 | 02/15/2018 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.