UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:14-CR-00246-AGF ) |
| THOMAS GREGORY ANDERSON JR., | ) ) |
| Defendant. | ) ) ) |

**ORDER**

The Court has been advised by the U.S. Attorney's Office that in response to this Court's Order dated April 24, 2018 (Doc. No. 1133), and after consultation with AT&T, the Government served an administrative subpoena on AT&T for the records requested. The Government shall promptly provide Defendant with a copy of the records received, through service by mail and by email, and file a certificate of service in the Court file. Unless Defendant advises the Court of any objection to the production within **five (5) days** of service by email, the Court will assume that Defendant's request for production of documents from AT&T has been satisfied.

Dated this 3rd day of May, 2018.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE