UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:14-CR-00246-AGF |
| THOMAS GREGORY ANDERSON JR., | ) ) ) |
| Defendant. | ) ) |

### ORDER

This matter is before the Court on the Motion to Withdraw as Attorney by Justin K. Gelfand and William S. Margulis (Doc. No. 1151).  The Court notes that defense counsel's Motion states that Defendant wishes to proceed pro se.  While Defendant filed such a Motion in the Court of Appeals, the Motion did not expressly reference representation before the District Court.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's counsel is directed to serve a copy of this Order along with a copy of their Motion to Withdraw (Doc. No. 1151) on Defendant, and file a Certificate advising of the manner of service.

**IT IS FURTHER ORDERED** that within ten (10) days of the date of service, Defendant shall file a Notice with the Court advising whether Defendant wishes to have appointed counsel withdraw from representing him in the District Court and wishes to proceed pro se.

Dated this 7th day of June, 2018.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE