UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
|  | ) No. 4:14-CR-246 AGF/NAB |
| V. | ) |
| THOMAS GREGORY ANDERSON, JR., | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a copy of the Motion to Withdraw (Doc. 1151) and Court Order (Doc. 1153) were served via US mail on June 8, 2018 upon the Defendant, Thomas G. Anderson, Jr., at USP Marion, U.S. Penitentiary, P.O. Box 1000, Marion, IL 62959.

Respectfully submitted,

MARGULIS GELFAND, LLC

 /S/ JUSTIN K. GELFAND
WILLIAM S. MARGULIS, #37625MO
JUSTIN K. GELFAND, #62265
8000 Maryland Avenue, Suite 420
St. Louis, MO 63105
Telephone: 314.390.0230
Facsimile: 314.485.2264
bill@margulisgelfand.com
justin@margulisgelfand.com
ATTORNEYS FOR DEFENDANT

## Certificate of Service

I hereby certify that I filed the foregoing through the Court's CM/ECF system which will provide notice of filing to all counsel of record.

    /S/ JUSTIN K. GELFAND
WILLIAM S. MARGULIS, #37625MO
JUSTIN K. GELFAND, #62265
8000 Maryland Avenue, Suite 420
St. Louis, MO 63105
Telephone: 314.390.0230
Facsimile: 314.485.2264
bill@margulisgelfand.com
justin@margulisgelfand.com
ATTORNEYS FOR DEFENDANT